IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CHAD BASSANT, | ) |
| Plaintiff, | ) |
| v. | ) CV 317-007 |
| MURRAY TATUM, Warden; LIEUTENANT FOSTER; SERGEANT TIPPETT; and DR. ESMAIL, M.D., | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _____ day of April, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE