Stamp on page

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 JUL 16 PM 2:57
CLERK JBurton
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| CHAD BASSANT, | * | |
| Plaintiff, | * | |
| v. | * | CV 317-007 |
| MURRAY TATUM; FOSTER, Lieutenant; TIPPETT, Sergeant; DR. ESMAIL, MD, | * | |
| Defendants. | * | |

**O R D E R**

On July 1, 2019, Plaintiff filed a motion seeking to reopen the time to file an appeal. (Doc. No. 8.) More than two years ago, on April 11, 2017, the Court entered an Order adopting the United States Magistrate Judge's Report and Recommendation ("R&R") to dismiss this case without prejudice. (Doc. No. 6.) The Magistrate Judge determined that Plaintiff failed to comply with his instructions to submit the documents required to proceed in forma pauperis. (Doc. No. 4.) The Clerk entered Judgment on the same day this Court adopted the R&R. (Doc. No. 7.)

Under Federal Rule of Appellate Procedure 4(a)(6), a district court may reopen the time to file an appeal only when (1) the moving party did not receive notice of entry of the judgment or order sought to be appealed within 21 days of entry; (2) the motion

is filed within 180 days after judgment or order is entered, or within 14 days after the moving party receives notice of the entry, whichever is earlier; and (3) no party would be prejudiced. FED. R. APP. P. 4(a)(6); see also McDaniel v. Moore, 292 F.3d 1304, 1306 (11th Cir. 2002).

In this case, Plaintiff's motion admits he received the April 11th Order and Judgment in April of 2017. Therefore, he cannot meet the first requirement of Rule 4(a)(6). Further, Plaintiff waited over two years to file this motion, well beyond the applicable deadline under the Rule's second requirement. Accordingly, Plaintiff's motion to reopen the time to file an appeal (doc. no. 8) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of July, 2019.

UNITED STATES DISTRICT JUDGE